NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**APPISTRY, LLC,**

*Plaintiff-Appellant*

v.

**AMAZON.COM, INC., AMAZON WEB SERVICES, INC.,**

*Defendants-Appellees*

---

2015-2077

---

Appeal from the United States District Court for the Western District of Washington in No. 2:15-cv-00311-MJP, Judge Marsha J. Pechman.

---

**JUDGMENT**

---

ANTHONY G. SIMON, The Simon Law Firm, P.C., St. Louis, MO, argued for plaintiff-appellant. Also represented by BENJAMIN R. ASKEW, MICHAEL P. KELLA, TIMOTHY DAVID KRIEGER.

ALAN M. FISCH, Fisch Sigler, LLP, Washington, DC, argued for defendants-appellees. Also represented by JOHN T. BATTAGLIA, ROY WILLIAM SIGLER, JENNIFER

ROBINSON, JEFFREY MATTHEW SALTMAN; DAVID M. SAUNDERS, San Jose, CA.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (LOURIE, HUGHES, and STOLL, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


February 10, 2017          /s/ Peter R. Marksteiner
Date                       Peter R. Marksteiner
                           Clerk of Court